1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW D. SEGAL
   HEIKO P. COPPOLA
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

**FILED**

**OCT 01 2015**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

7  Attorneys for Plaintiff
   United States of America

8

9

10              IN THE UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          CASE NO. 2:15 - CR - - 2 0 5 TLN

13                   Plaintiff,         18 U.S.C. § 1201(a)(1) - Kidnapping; 18 U.S.C. §
                                        981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal
14              v.                      Forfeiture

15  MATTHEW D. MULLER,

16                   Defendant.

17

18                       I N D I C T M E N T

19       The Grand Jury charges: T H A T

20                     MATTHEW D. MULLER,

21  defendant  herein, between on or about March 23, 2015, and continuing through on or about March 25,

22  2015, in the County of Solano, State and Eastern District of California, and elsewhere, did unlawfully

23  seize, confine, kidnap, abduct, carry away, and hold for ransom Victim One, and, in committing and in

24  furtherance of the commission of the offense, used a car, a mobile telephone, the Internet, and the

25  Global Positioning System, each one being a means, facility, and instrumentality of interstate and

26  foreign commerce, in violation of Title 18, United States Code, Section 1201(a)(1).

27  ///

28  ////

INDICTMENT                               1

1  FORFEITURE ALLEGATION:        [18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) –
                                 Criminal Forfeiture]

2

3      1.     Upon conviction of the offense alleged in this Indictment, defendant MATTHEW D.

4  MULLER shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §

5  2461(c), all property, real and personal, which constitutes or is derived from proceeds traceable to such

6  violations, including, but not limited to:

7          a.     A sum of money equal to the amount of proceeds traceable to such offenses, for

8  which defendant is convicted.

9      2.     If any property subject to forfeiture, as a result of the offenses alleged in Counts One

10 through Three of this Indictment, for which defendant is convicted:

11         a.     cannot be located upon the exercise of due diligence;

12         b.     has been transferred or sold to, or deposited with, a third party;

13         c.     has been placed beyond the jurisdiction of the court;

14         d.     has been substantially diminished in value; or

15         e.     has been commingled with other property which cannot be divided without

16                difficulty;

17 it is the intent of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to

18 seek forfeiture of any other property of said defendant, up to the value of the property subject to

19 forfeiture.

20                                                A TRUE BILL.

21

22                                                /s/ **Signature on file w/AUSA**

23                                                _____
                                                  FOREPERSON

24 BENJAMIN B. WAGNER
   United States Attorney

25

26

27

28

INDICTMENT                                   2

No. _ _ _ _ _ _ _ _ _ _

**2: 1 5 - CR - - 2 0 5 TLN**

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

### MATTHEW D. MULLER

## I N D I C T M E N T

**VIOLATION(S):**  18 U.S.C. § 1201 – Kidnapping;
18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*

## /s/ Signature on file w/AUSA

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreman.*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ _ _ *day*

**NO PROCESS NECESSARY**

*of*  _ _ _ _ _ _ _ _ _ _ _ _ _ _ *. A.D. 20* _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Clerk.*

*Bail, $* _ _ _ _ _ _ _ _ _ _ _ _ _

10/1/15

GPO 863 525

2 15 - CR - - 2 0 5 TLN

## United States v.  Matthew Muller
### Penalties for Indictment

**Defendants**
**Matthew Muller**

### COUNT 1:

VIOLATION:          18 U.S.C. § 1201(a)(1) - Kidnapping

PENALTIES:          Any term of years or for life; or
                    Fine of up to $250,000; or both fine and imprisonment
                    Supervised release of up to 5 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE PENALTY:** 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal
Forfeiture